UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 12-1039 DSF (VBKx) | Date | 1/23/13 |
|---|---|---|---|
| Title | Yoon Sook Chin v. District Director of the Los Angeles Office of U.S. Citizenship and Immigration Services, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order DISMISSING Case for Failure to Serve Defendants

  This case was filed on February 7, 2012.  On August 28, 2012, the Court issued an order to show cause re dismissal for lack of prosecution.  In response, Plaintiff has twice attempted to secure the default of the Defendants, officers of the United States Government.  Both requests for default were denied by the Clerk.  On review of the latest proofs of service filed by Plaintiff and the second application for entry of default, it is apparent that Plaintiff has failed to serve Defendants in accordance with Federal Rule of Civil Procedure 4(i)(1), (2).  It is also evident that the 120-day period for service has long expired.  Therefore, the complaint is DISMISSED without prejudice for failure to prosecute.