**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOON SOOK CHIN, | Case No.: CV 12-1039  DSF (VBKx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| DISTRICT DIRECTOR OF THE LOS ANGELES OFFICE OF THE U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al., | |
| Defendants. | |

_____

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiff having failed to secure default or demonstrate that defendants have been served within the time allotted by the Federal Rules of Civil Procedure,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, and that the action be dismissed without prejudice.

Dated: _____     JS 6     1/24/13

_____
Dale S. Fischer
United States District Judge